Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEPHEN EARL COOK,                ) Case No. SACV 08-0026-SGL(RC)
                                  )
          Petitioner,             )
vs.                               )
                                  ) JUDGMENT
O.C. SHERIFF MIKE CARONA,         )
                                  )
          Respondent.             )
_____)

   Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

   IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: 1-23-08

/s/ Stephen G. Larson
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-0026.mdo
1/15/08